1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10          **EASTERN DIVISION**
11
12   STEVEN DUBY,                        )   No.  ED CV 10-442-GW (PLA)
                                         )
13              Petitioner,              )   **ORDER ADOPTING MAGISTRATE**
                                         )   **JUDGE'S REPORT AND**
14        v.                             )   **RECOMMENDATION**
                                         )
15   SYLVIA H. GARCIA, Acting Warden,    )
                                         )
16              Respondent.              )
                                         )
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the
19   magistrate judge's report and recommendation, and petitioner's objections. The Court agrees with
20   the recommendations of the magistrate judge.
21        ACCORDINGLY, IT IS ORDERED:
22        1.   The report and recommendation is adopted.
23        2.   Judgment shall be entered consistent with this order.
24        3.   The clerk shall serve this order and the judgment on all counsel or parties of record.
25
26   DATED:  August 23, 2011
                                         _____
27                                        HONORABLE GEORGE H. WU
                                          UNITED STATES DISTRICT JUDGE
28